DAVID W. RIZK – CABN # 284376
RIZK & SHEARER LLP
466 Geary Street, Suite 201
San Francisco, CA 94102
Telephone: (415) 517-9044
Email: drizk@rs-llp.com

Counsel for Defendant LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN LEE,<br><br>Defendant. | Case No. 3:26-CR-06 EMC (SK)<br><br>**UNOPPOSED MOTION AND ORDER RE: BAIL CONDITIONS** |

First, defendant Sean Lee respectfully moves for permission to travel to Hawaii with his team at work for his employment from August 7-14, 2026. He has shared his travel plans with U.S. Pretrial Services in advance and agrees to report by telephone during the trip as directed. U.S. Pretrial Services and the government have no objection to the travel.

Second, Mr. Lee has now twice previously been granted permission by the Court, with the consent of U.S. Pretrial Services and the government, to visit with family and friends who have children, provided that another adult always be present. Those visits were safe and successful. He therefore respectfully requests that condition of his release stating the "Defendant must have no contact with minors," be amended to state that, "The defendant shall have no contact with any person under the age of 18 outside the presence of the minor's parent or guardian." U.S. Pretrial Services proposed the changed language and the government does not object. Mr. Lee has no prior criminal history and is in compliance with all of his stringent conditions of release.

July 17, 2026
Date

RIZK & SHEARER LLP

/S

DAVID W. RIZK
Counsel for Mr. Lee

**ORDER**

The defendant's requested modifications to his bail conditions are GRANTED on the terms set forth in the unopposed motion. All other conditions of release remain the same.

IT IS SO ORDERED.

July 20, 2026

Dated

HON. SALLIE KIM
United States District Judge