United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>Plaintiff,<br>v.<br>SEAN RALSTIN LEE,<br>Defendant. | Case No. 26-cr-00006-EMC-1 (SK)<br><br>**ORDER REGARDING SUPPLEMENTAL BRIEFING**<br><br>Regarding Docket No. 38 |

Before the Court is Defendant's request to direct the release to defense counsel of all counseling and treatment records related to Defendant's participation in counseling with HOPE, U.S. Pretrial Service's contracted service provider. (Dkt. No. 38.) The Government shall file its response to Defendant's request, if any, by July 23, 2026.

**IT IS SO ORDERED**.

Dated: July 20, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge